IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RAFAEL MURCIA DUBON, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-86-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER, *et al.,* | * | |
| Respondents. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 29th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk